ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/6/2015 12:15:27 PM
CATHY LUSK
CLERK

**No. 12-15-00121-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/6/2015 12:15:27 PM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

**GARRY L. ROLLINS AND CARLA D. ROLLINS,**
*Appellants*

**V.**

**TEXAS COLLEGE AND
MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"**
*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas

**APPELLANTS' UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

**EXPEDITED RULING REQUESTED**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Gary L. Rollins and Carla Rollins request an extension of time to file Appellant's Opening Brief and would shows as follows:

Appellees are Texas College and MPF Investments, LLC d/b/a "A-1 Rent All." The current deadline to file Appellants Opening Brief

is July 10, 2015. Appellant requests an additional 30 days to file the Appellants Opening Brief, extending the time until August 10, 2015 (the Monday after the expiration of 30 days from July 10, 2015). No prior extensions to file Appellant's Opening Brief have been requested. There is no 15 day limit after the deadline for filing this motion. Pursuant to Texas Rule of Appellate Procedure 38.6(d) this Court may grant this extension request.

Appellants need additional time to file Appellant's Opening Brief because the record is incomplete and in need of supplementation and correction. A copy of Appellants' Motion to Supplement the Clerk's Record is attached hereto (Exhibit "A").

First, the record is missing 4 necessary documents. These missing documents were discovered by Appellants while preparing their brief. Three of these documents were designated for inclusion by Appellants, but were not filed as part of the record by the clerk. The fourth document is cross-designated by Appellee, MPF Investments LLC. However, due to the tardiness of MPF's cross-designation the fourth document is not in the record either.

The undersigned discussed the absence of these four documents with the trial court clerk and was informed that due to

the July 4th holiday, the matter would be handled on Tuesday, July 7, 2015 (only 3 days prior to the filing deadline.) A copy of correspondence to the trial court clerk requesting supplementation of the record with such documents, is attached as exhibit "B". Attached as Exhibit "C" is a copy of e-mail correspondence with the trial court clerk confirming the timeline. Obviously, it is unlikely that the record will be properly supplemented prior to Appellants' briefing deadline.

Second, numerous additional documents were cross-designated for inclusion by Appellee, MPF Investments, LLC. The cross designation was filed just recently and received by the undersigned just yesterday, long after the clerk's record had been completed and filed. A copy of the tardy cross designation is attached as exhibit "D." The designation specified a number of documents which suggest additional areas of briefing will be required. Thus, in order to avoid confusion and inaccuracy in the briefs, the clerk's record page numbers should be assigned to these key documents, prior to briefing.

Appellants do not object to the tardy designation. Appellants simply desire for the record to be complete with proper volume and

page references prior to drafting and filing their opening brief. Extending the deadline 30 days will accommodate all parties, by giving the trial clerk ample time to insure that the clerk's record is complete and contains all documents requested. Granting additional time will not prejudice any party, but simply insure the record is complete.

Wherefore, Appellants pray that the Court grant this request and extend the deadline for Appellants' to file their opening brief for 30 days, extending the time until August 10, 2015 (the Monday after the expiration of 30 days from July 10).

Respectfully submitted,

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D. ROLLINS**

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with lead counsel for Texas College and MPF Investments, LLC by phone and by e-mail on the following occasions:

- July 3, 2015, by phone and then by email. I initially attempted to contact lead trial counsel for the parties (i.e. Messrs. Yarbrough and Geddie). I got email responses from both lawyers directing me to include lead appellate counsel on all correspondence going forward.

- On July 4, 2015 I sent written correspondence to Messrs. Smith and Hovnatanian (both lead appellate counsel) with trial counsel cc'd. In the correspondence, I asked the lawyers to consider the merit and substance of the motions as well as my rationale for filing them. I also invited opposing counsel to advise me at their earliest of their position on the motions.

- On July 6, 2015 I called Mr. Smith and Mr. Hovnatanian by phone. Mr. Hovnatanian advised me that he is unopposed to the motion to extend the filing deadline. I was unable to reach Mr. Smith and emailed him at 11;29 a.m. regarding the

motion. Nolan Smith contacted me by phone at 11:57 a.m. on behalf of his colleague Greg Smith, advising me that he too is unopposed to the motion to extend the brief filing deadline.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D. ROLLINS**

## CERTIFICATE OF SERVICE

I certify that on July 6, 2015, I served a copy of Appellants' Motion to Extend Time to File Appellants' Brief on the parties listed below by electronic service and that the electronic transmission was reported as complete.  My e-mail address is esigmon@esigmon.com.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
SIGMON LAW, PLLC
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D.
ROLLINS**

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

Mr. Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
Fax: 903.595.0191

Levon G. Hovnatanian
Texas Bar No. 10059825
hovnatanian@mdjwlaw.com
lonergan@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541

geddie@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

EXHIBIT A

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

**GARRY L. ROLLINS AND CARLA D. ROLLINS,**
*Appellants*

**V.**

**TEXAS COLLEGE AND**
**MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"**
*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas

**APPELLANTS' MOTION**
**TO CORRECT AND SUPPLEMENT CLERK'S RECORD**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Gary L. Rollins and Carla Rollins request that this Court issue a letter directing the trial court clerk to correct and supplement the clerk's record and to re-file the record in proper format and would shows as follows:

Appellees are Texas College and MPF Investments, LLC d/b/a "A-1 Rent All."

1. **OMITTED ITEMS**

Texas Rule of Appellate Procedure 34.5(c)(1) provides:

> **(c) Supplementation.**
>
> (1) If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.

Tex. R. App. P. 34.5(c)(1).

A. APPELLANTS' FOUR ITEMS

During the process of preparing their brief, Appellants discovered that four (4) relevant documents have been omitted from the clerk's record. They are:

1.  "Plaintiffs' Motion to Reconsider its Ruling On Defendant MPF Investments, LLC D/B/A A-1 Rent All's Traditional and No Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence" (with attached exhibits and affidavit from Dr. Samuel Barnett) (filed March 2, 2015).

2.  "Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment" (filed March 19, 2015)

3.  "Order Denying Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and No Evidence Motion for Summary Judgment (Texas College)" (issued by the trial court on March 17, 2015)

4. "Order Denying Plaintiffs' Emergency Motion to reopen Summary Judgment Record and Request for Leave to Supplement Evidence" (issued by the trial court on March 17, 2015).

Items 1, 3, and 4, were designated by Appellant for inclusion in the record prior to the date on which the clerk's record was filed. *See* APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN CLERK'S RECORD (Exhibit "A"). Item 2 was inadvertently omitted by Appellants from their designation. However the same document was recently cross-designated by Appellee MPF Investments LLC. *See* MPF INVESTMENTS, LLC'S CROSS-DESIGNATION OF ITEMS FOR CLERK'S RECORD (Exhibit "B"). However, due to the tardiness of MPF's cross-designation item 2 is not in the record either.

The undersigned discussed the absence of these four documents with the trial court clerk and was informed that due to the July 4th holiday, the matter would be handled on Tuesday, July 7, 2015, only 3 days prior to the deadline for Appellants to file their opening brief. This motion is being filed concurrently with APPELLANTS' MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF (Exhibit "C.") A copy of correspondence to the trial court clerk requesting

supplementation of the record with such documents, is attached as exhibit "D". Attached as Exhibit "E" is a copy of e-mail correspondence with the trial court clerk confirming the effort to locate these documents.

These four items are relevant to this appeal. Although a letter request from Appellees has already been sent to the trial clerk, this motion is filed out of an abundance of caution with respect to these four items. Appellants request this Court to direct the trial clerk to include these items in a supplemental record.

B. **MPF's 30 ADDITIONAL DESIGNATED ITEMS**

Thirty (30) documents (including item 2 from the list above) were cross-designated for inclusion by Appellee, MPF Investments, LLC. The cross-designation was filed just recently and received by the undersigned just yesterday, long after the clerk's record had been completed and filed. *See* MPF INVESTMENTS, LLC'S CROSS-DESIGNATION OF ITEMS FOR CLERK'S RECORD (Exhibit "B").

Appellants do not object to the late cross designation, but merely seek to have this Court insure the designation is also fulfilled by the trial court clerk. This can be accomplished by the issuance of a letter from this Court directing the inclusion of such

items in the recently requested supplemental record. Such an action will group both the Appellants' and Appellees' recent requests together, insuring they will both end up in 1 supplemental record. This will avoid multiplicity of effort by the trial court clerk.

## 2. DEFECTS IN THE RECORD

Texas Rule of Appellate Procedure 34.5 (d) provides:

(d) *Defects or Inaccuracies.* If the clerk's record is defective or inaccurate, the appellate clerk must inform the trial court clerk of the defect or inaccuracy and instruct the clerk to make the correction.

Tex. R. App. P. 34.5(d).

In preparing their brief, Appellants' have determined that the vast majority of the items included in the current clerk's record are not text-searchable, and not bookmarked at the first page. This format is required by the Texas Supreme Court's Order Directing the form of the Appellate Record, Rule 1.2 which reads:

### 1.2. Filing an Electronic Clerk's Record.

Unless the clerk receives permission from the appellate court to file the record in paper form, the clerk must file the record electronically. When filing a clerk's record in electronic form, the trial court clerk must:

(a) file each computer file in text-searchable Portable Document Format (PDF);

(b) create electronic bookmarks to mark the first page of each document in the clerk's record; ….

Tex. R. App. P. Appendix C.

Below is an exemplar of how the bookmarks (on the left in grey) are supposed to appear. This exemplar was taken from a clerk training video provided on this Court's website:



The exemplar clearly shows each document bookmarked with a separate descriptive title.

Below is a view of the clerk's record vol. 1 in this case:



By looking at the left, one can clearly see that the entire volume is marked with only one book mark, when in fact, the volume contains many separate documents. This is evidenced by the clerk's own index for volume 1 shown below:

1 of 29

GARRY L. ROLLINS AND CARLA D. ROLLINS VS. TEXAS COLLEGE; CHRISTIAN METHODIST EPISCOPAL CHURCH; AND MPF INVESTMENTS, LLC D/B/A A-1 RENT ALL

INDEX

| Document Title | File Date | Page(s) |
|---|---|---|
| Original Petition (oca) | 12/20/2013 | 1 - 5 |
| Original Answer | 01/24/2014 | 6 - 8 |
| 2nd Amended Plaintff's Original Petition | 02/12/2014 | 9 - 14 |
| 3rd Amended Plaintiff's Original Petition | 04/30/2014 | 15 - 32 |
| Original Answer | 05/27/2014 | 33 - 35 |
| Amended Petition | 07/10/2014 | 36 - 43 |
| Amended Answer | 07/17/2014 | 44 - 50 |
| Response | 07/29/2014 | 51 - 54 |

Appellant requests this Court to order the trial court clerk to bookmark the individual documents. Because each party is required to furnish a bookmarked Appendix with its brief, this will eliminate inconsistencies in the appendices of the parties, and eliminate undue burden of document conversion on the part of the Appellants.

Furthermore, although Appellant is unable to represent the problem graphically, the documents contained in the record are not text-searchable as required by the Supreme Court's order. Appellants request this Court to order the trial court clerk to file the record (to the extent feasible) in text-searchable format. Again, this will reduce the burden on the Appellants and Appellees when creating their appendices for this Court, which must be text-searchable as well. This Courts website has a video which can be of great use by the clerk in learning how to make the record comply with the Supreme Court's order:

http://www.txcourts.gov/12thcoa/practice-before-the-court/electronic-filing/clerks-and-court-reporters.aspx

It is suggested that this Court direct the clerk to comply with the video in preparing the record.

WHEREFORE, Appellants pray that this Court: (1) send a letter instruction to the trial court clerk, directing the trial court clerk to include the four (4) items listed above and the thirty (30) items designated by Appellee, MPF Investments, LLC in a supplemental record to be filed with this court, and (2) direct the trial court clerk by order to refile the original record and the supplemental record with the requisite bookmarks in a text-searchable format as required by the Texas Supreme Court.

Respectfully submitted,

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,
GARRY L. ROLLINS AND CARLA D.
ROLLINS**

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with lead counsel for Texas College and MPF Investments, LLC by phone and by e-mail on the following occasions: July 3, 2015, but counsel has not responded to my attempts.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,**
**GARRY L. ROLLINS AND CARLA D. ROLLINS**

## CERTIFICATE OF SERVICE

I certify that on July 3, 2015, I served a copy of Appellants' Motion to Correct and Supplement Clerk's Record on the parties listed below by electronic service and that he electronic transmission was reported as complete. My e-mail address is esigmon@esigmon.com.

/s/ Ernesto D. Sigmon

**Ernesto D. Sigmon**
State Bar No. 24010397
LAW OFFICES OF ERNESTO D. SIGMON
WALKER SIGMON LAW
416 West Saulnier Street
Houston, Texas 77019
214/395-1546 (Telephone)
713/485-6056 (Facsimile)
esigmon@esigmon.com

**ATTORNEY FOR APPELLANTS,**
**GARRY L. ROLLINS AND CARLA D.**
**ROLLINS**

Greg Smith
Texas Bar No. 18600600
Nolan D. Smith
Texas Bar No. 24075632
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903-597-3301
Facsimile: 903-597-2413

Mr. Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
Fax: 903.595.0191

Levon G. Hovnatanian
Texas Bar No. 10059825
hovnatanian@mdjwlaw.com
lonergan@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
geddie@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

# EXHIBIT B

# SIGMON LAW, PLLC

2929 Allen Parkway - Suite 200
Houston, TX 77019
(Tel) 214.395.1546 · (Fax) 713.485.6056
esigmon@esigmon.com

July 2, 2015

**<u>VIA EMAIL</u>**
Linda Rhymes
Smith County District Clerk - Appeals
100 North Broadway
Room 204
Tyler, Texas 75702

Re:  Formal Request to Supplement the Clerk's Record in *Gary L. Rollins and Carla D. Rollins v. Texas College et. al., in the 7th Judicial District of Smith, County Texas.*

Dear Ms. Rhymes:

On May 8th, 2015 our office filed a request for mandatory items to be included in the Clerk's record of this matter. We recently discovered that the following items are missing from the record:

1) *"Plaintiffs' Motion to Reconsider its Ruling On Defendant MPF Investments, LLC D/B/A A-1 Rent All's Traditional and No Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence"* (with attached exhibits and affidavit from Dr. Samuel Barnett)

2) *"Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment"*

3) *"Order Denying Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and No Evidence Motion for Summary Judgment (Texas College)"*

4) *"Order Denying Plaintiffs' Emergency Motion to reopen Summary Judgment Record and Request for Leave to Supplement Evidence"*

<u>Item #1</u> was electronically filed on March 2, 2015.  While I did not save a file stamped copy of the lead document once accepted, I am including a screen shot of the accepted submission for ease of reference (unfortunately the links to the actual documents have expired).  Please note that the exhibits to the motion are also listed below:

---

Counsel Geddie Ltr 8.12.14

# Click to view documents

| Other | | |
|---|---|---|
| Filing Type | EFileAndServe | |
| Filing Description | P's Motion to Reconsider (MPF) | |
| Comments | | |
| Lead Document | P's Motion to Reconsider MPF (FINAL).pdf | [Download link] |
| Document | Int_RFP Exhibit.pdf | [Download link] |
| Document | Frazier Read and Sign.pdf | [Download link] |
| Document | MPF Supp RFD and Expert Designation.pdf | [Download link] |
| Document | EXHIBIT B - A92-6-2006std.pdf | [Download link] |
| Document | Dr. Barnett Affidavit 2-24-15.pdf | [Download link] |

Item #2 was cross-designated by defendant MPF on June 29, 2015 but does not appear in the record.

Items #3 and #4 are attached for reference as requested (filed stamped photocopies taken from our file).

Pursuant to Texas Rule of Appellate Procedure 34.5, this correspondence serves as a formal request that you prepare, certify and file in the appellate court a supplement containing the omitted items referenced above.

We greatly appreciate your assistance in this matter. Please do not hesitate if you have any questions or concerns. Thank you in advance.

Sincerely,

**/s/Ernesto D. Sigmon**
Ernesto D. Sigmon
Sigmon Law, PLLC
2929 Allen Parkway
Suite 200
Houston, TX 77019

Attorney for Plaintiffs/Appellants

# EXHIBIT C

**From:** **Ernesto Sigmon** esigmon@esigmon.com 📎
**Subject:** 13-3353-A Clerk's Record
**Date:** July 2, 2015 at 2:47 PM
**To:** lrhymes@smith-county.com
**Cc:** stuart starry stuart@starrylaw.com

Linda

We are missing the following items from the record:

1) "Plaintiffs' Motion to Reconsider its Ruling On Defendant MPF Investments, LLC D/B/A A-1 Rent All's Traditional and No Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence with attached exhibits and affidavit from Dr. Samuel Barnett" - Appearing on p. 4192 of the record (p. 3 of Plaintiffs' Clerk Record Request).

2) "Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment (filed 3/19/15)" - Item 29 of MPF's cross designation filed June 29th.

3) 3/17/15 - "Order Denying Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and No Evidence Motion for Summary Judgment (Texas College)."

4) 3/17/15 - "Order Denying Plaintiffs' Emergency Motion to reopen Summary Judgment Record and Request for Leave to Supplement Evidence"

Items 1,3 and 4 were designated by Plaintiffs but do not appear in the record. Item 2 was designated by defendant MPF but does not appear in the record. We would like your guidance on the most efficient path to rectifying this situation and creating a full and corrected record as this will impact our briefing deadline to the appeals court. Please advise at your earliest. Thank you.

Ernesto
_____

Ernesto Sigmon
**SIGMON LAW, PLLC**
**Houston | Dallas**
2929 Allen Parkway
Suite 200
Houston, Texas 77019
(P) 832.871.5723
(M) 214.395.1546
(F) 713.485.6056
esigmon@esigmon.com



NOTICE: This e-mail and/or attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information. Any unauthorized review, use, disclosure or distribution of this communication is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** **Linda Rhymes** lrhymes@smith-county.com  📎
**Subject:** RE: 13-3353-A Clerk's Record
**Date:** July 2, 2015 at 3:00 PM
**To:** Ernesto Sigmon  esigmon@esigmon.com

Mr. Sigmon:

Can you put this on your letter heard and style it as Request for Supplemental Clerk's Record.

Thanking you in advance,

Linda Rhymes

---

**From:** Ernesto Sigmon [mailto:esigmon@esigmon.com]
**Sent:** Thursday, July 02, 2015 2:48 PM
**To:** Linda Rhymes
**Cc:** stuart starry
**Subject:** 13-3353-A Clerk's Record
**Importance:** High

Linda

We are missing the following items from the record:

1) "Plaintiffs' Motion to Reconsider its Ruling On Defendant MPF Investments, LLC D/B/A A-1 Rent All's Traditional and No Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence with attached exhibits and affidavit from Dr. Samuel Barnett"  -  Appearing on p. 4192 of the record (p. 3 of Plaintiffs' Clerk Record Request).

2) "Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment (filed 3/19/15)"  - Item 29 of MPF's cross designation filed June 29th.

3)  3/17/15    -   "Order Denying Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and No Evidence Motion for Summary Judgment (Texas College)."

4)  3/17/15    -   "Order Denying Plaintiffs' Emergency Motion to reopen Summary Judgment Record and Request for Leave to Supplement Evidence"

Items 1,3 and 4 were designated by Plaintiffs but do not appear in the record.  Item 2 was designated by defendant MPF but does not appear in the record.  We would like your guidance on the most efficient path to rectifying this situation and creating a full and corrected record as this will impact our briefing deadline to the appeals court.  Please advise at your earliest.  Thank you.

Ernesto

_____
Ernesto Sigmon
**SIGMON LAW, PLLC**
**Houston | Dallas**
2929 Allen Parkway
Suite 200
Houston, Texas 77019
(P) 832.871.5723
(M) 214.395.1546
(F) 713.485.6056
esigmon@esigmon.com



**From:** **Linda Rhymes** lrhymes@smith-county.com  📎
**Subject:** RE: 13-3353-A Clerk's Record
**Date:** July 2, 2015 at 3:44 PM
**To:** Ernesto Sigmon  esigmon@esigmon.com

Mr. Sigmon:

Is it possible for you to email a copy of the  filed stamp copy of what is missing from the record. I have checked the physical file. I will address this on Tuesday when I returned to work.

Thanking you in advance,

Linda Rhymes
Appeals Clerk
903-590-1677

---

**From:** Ernesto Sigmon [mailto:esigmon@esigmon.com]
**Sent:** Thursday, July 02, 2015 2:48 PM
**To:** Linda Rhymes
**Cc:** stuart starry
**Subject:** 13-3353-A Clerk's Record
**Importance:** High

Linda

We are missing the following items from the record:

1) "Plaintiffs' Motion to Reconsider its Ruling On Defendant MPF Investments, LLC D/B/A A-1 Rent All's Traditional and No Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence with attached exhibits and affidavit from Dr. Samuel Barnett"   -   Appearing on p. 4192 of the record (p. 3 of Plaintiffs' Clerk Record Request).

2) "Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment (filed 3/19/15)"  - Item 29 of MPF's cross designation filed June 29th.

3)  3/17/15    -   "Order Denying Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and No Evidence Motion for Summary Judgment (Texas College)."

4)  3/17/15    -   "Order Denying Plaintiffs' Emergency Motion to reopen Summary Judgment Record and Request for Leave to Supplement Evidence"


Items 1,3 and 4 were designated by Plaintiffs but do not appear in the record.  Item 2 was designated by defendant MPF but does not appear in the record.  We would like your guidance on the most efficient path to rectifying this situation and creating a full and corrected record as this will impact our briefing deadline to the appeals court.  Please advise at your earliest.  Thank you.

Ernesto

_____
Ernesto Sigmon
**SIGMON LAW, PLLC**
**Houston I Dallas**
2929 Allen Parkway
Suite 200
Houston, Texas 77019
(P) 832.871.5723
(M) 214.395.1546
(F) 713.485.6056
esigmon@esigmon.com



**From:** **Ernesto Sigmon** esigmon@esigmon.com  📎
**Subject:** Re: 13-3353-A Clerk's Record
**Date:** July 2, 2015 at 6:07 PM
**To:** Linda Rhymes lrhymes@smith-county.com
**Cc:** stuart starry stuart@starrylaw.com

Hi Linda

Absolutely.  Please see the attached request correspondence and supporting files.  Thanks for all your help and have an enjoyable 4th.

Best,

Ernesto



Clerk Letter Request
(Supp) 7.2.15



3:17 Orders.pdf

_____
Ernesto Sigmon
**SIGMON LAW, PLLC**
**Houston | Dallas**
2929 Allen Parkway
Suite 200
Houston, Texas 77019
(P) 832.871.5723
(M) 214.395.1546
(F) 713.485.6056
esigmon@esigmon.com



NOTICE: This e-mail and/or attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information.  Any unauthorized review, use, disclosure  or distribution of this communication is expressly prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# EXHIBIT D

ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 5:13:54 PM
CATHY LUSK
CLERK

## CAUSE NO. 13-3353-A

| | | |
|---|---|---|
| GARRY L. ROLLINS AND<br>CARLA D. ROLLINS, | §<br>§<br>§ | IN THE DISTRICT COURT |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | SMITH COUNTY, TEXAS |
| TEXAS COLLEGE, CHRISTIAN<br>METHODIST EPISCOPAL CHURCH<br>AND MPF INVESTMENTS, LLC<br>D/B/A "A-1 RENT ALL", | §<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | 7TH DISTRICT COURT |

### MPF INVESTMENTS, LLC'S
### CROSS-DESIGNATION OF ITEMS FOR CLERK'S RECORD

In addition to the items Plaintiffs and Texas College have designated, Defendant MPF Investments, LLC d/b/a A-1 Rent All requests that the clerk's record on appeal from this cause would include the following additional items:

1) First Amended Plaintiffs' Original Petition (filed 1/21/14).

2) Original Answer (filed 5/27/14).

3) Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (filed 8/12/14).

4) Plaintiffs' Objection to Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (filed 8/25/14).

5) Order Granting Defendant MPF Investments, LLC's Motion for Leave to Designate Responsible Third Party (signed 9/2/14).

6) MPF Investments, LLC's Motion to Compel Plaintiffs to Respond to Written Discovery and Brief in Support with all attachments (filed 10/1/14).

7) Plaintiffs' Motion to Strike MPF Investments, LLC's Designation of Responsible Third Party (filed 10/8/14).

8) Order on MPF Investments, LLC's Motion to Compel Plaintiffs to Respond to Written Discovery (signed 10/27/14).

9) Order Denying Plaintiffs' Motion to Strike MPF Investments, LLC's Designation of Responsible Third Party (signed 10/27/14).

10) Defendant MPF Investments, LLC's Response to Plaintiffs' Motion to Strike Responsible Third Party (filed 10/23/14).

11) Amended Answer (filed 11/13/14).

12) Supplemental Answer (filed 11/17/14).

13) Order Granting Summary Judgment (signed 12/9/14).

14) Motion for Severance (filed 12/15/14).

15) Agreed Motion (filed 12/30/14).

16) Severance (filed 1/6/15).

17) Order (signed 1/6/15).

18) MPF Investments, LLC's Motion to Enforce Court Order on Written Discovery and for Sanctions with all attachments (filed 1/26/15).

19) Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 1/26/15).

20) Plaintiffs' Response to Defendant MPF Investments, LLC D/B/A "A-1 Rent All" and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 2/3/15).

21) Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Reply to Plaintiffs' Response to Motion to Strike Retained Experts Martinez, Gonzales, and Roney (filed 2/6/15).

22) Plaintiffs' Reply to Defendants' Reply Regarding Defendant MPF Investments, LLC D/B/A "A-1 Rent All" and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (filed 2/9/15).

23) Defendant MPF Investments, LLC D/B/A "A-1 Rent All"'s Second Amended Answer (filed 2/10/15).

24) Defendant MPF Investments, LLC's Reply to Plaintiffs' Response to Motion to Enforce Court Order on Written Discovery and for Sanctions with attachments (filed 2/13/15).

25) MPF Investments, LLC's Reply to Plaintiffs' Response to Traditional and No-Evidence Motion for Summary Judgment and Objections to Plaintiffs' Summary Judgment Evidence with attachments (filed 2/13/15).

26) Response (filed 2/10/15).

27) Order on Defendant MPF Investments, LLC D/B/A A-1 Rent All and Texas College's Motion to Strike Expert Designations of Gilbert Martinez, Joe G. Gonzales, and Thomas M. Roney (signed 2/19/15).

28) Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Emergency Motion to Reopen Summary Judgment Record and Request for Leave to Supplement Evidence with attachments. (filed 3/12/15).

29) Defendant MPF Investments, LLC's Response in Opposition to Plaintiffs' Motion to Reconsider the Court's Ruling on Defendant's Traditional and "No Evidence" Motion for Summary Judgment (filed 3/19/15).

30) A bill of costs.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile


By: */s/ Todd M. Lonergan*
    Todd M. Lonergan
    Texas Bar No. 12513700
    *lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile


By: */s/ Ryan K. Geddie*
    Ryan K. Geddie
    Texas Bar No. 24055541
    *geddie@mdjwlaw.com*
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing MPF Investments, LLC's Cross-Designation of Items for Clerk's Record has been forwarded to the individuals listed below, by the methods indicated, on this 29th day of June, 2015.

Ernesto D. Sigmon
WALKER SIGMON
416 West Saulnier Street
Houston, Texas 77019
*(via e-filing and e-mail at esigmon@esigmon.com)*
*(Attorney for appellants Garry L. Rollins and Carla D. Rollins)*

Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
*(via e-filing and e-mail at Trey@yw-lawfirm.com)*
*(Attorney for appellee Texas College)*

Ms. Lois Rogers, District Clerk
SMITH COUNTY
100 N. Broadway Avenue
Tyler, TX 75202
*(via e-filing and U.S. Mail)*

Ms. Cathy Lusk, Clerk
TWELFTH COURT OF APPEALS
1517 West Front Street
Suite 354
Tyler, Texas 75702
*(via e-filing)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian